## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the
Eastern District of Pennsylvania

| | |
|---|---|
| YOLANDA WHITEST, Individually and as the Administratrix of the Estate of JOHN WHITEST, Deceased, and DENEA WHITEST, Individually and as the Administratrix of the Estate of DARNELL WHITEST, Deceased, and SEAN MITCHELL<br><br>Plaintiffs<br><br>vs.<br><br>HARLAN ELECTRIC COMPANY;<br>MYR GROUP, INC.;<br>HILL INTERNATIONAL, INC.;<br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK;<br>and FALCON STEEL SERVICES CORPORATION<br><br>Defendants | No. 2:08-cv-02496 LDD<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that National Railroad Passenger Corporation a/k/a Amtrak, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order and final decision entered in this action on the 12th day of June, 2008.

**GALLAGHER & ROWAN, P.C.**

*RJH1823*
BY_____
PAUL F.X. GALLAGHER, ESQ.
RAYMOND J. HUNTER, ESQ.
Attorney I.D. No. 16225, 87797
1800 JFK Blvd. - Suite 1000
Philadelphia, Pennsylvania 19103
Tele: (215) 732-8900
Attorney for Defendant
National Railroad Passenger Corp./Amtrak